

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LESTER WILLIAMS (#392560)          DOCKET NO. 10-CV-969; SEC. P

VERSUS                              JUDGE DRELL

CAPTAIN MAC DYESS                   MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted under 28 U.S.C. § 1915(e)(2)(B), and pursuant to 42 U.S.C. §1997e(e).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 25 day of January, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE